NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANA ELAINE AMMONS,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3156

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090897-I-1.

---

## ON MOTION

---

## ORDER

Dana Elaine Ammons moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 2 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dana Elaine Ammons
       Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

·JUN 2 4 2011

**JAN HORBALY**
**CLERK**